No. 212

RUTH K. MURPHY et al., complainants-respondents,

*v.*

GUANTANAMO SUGAR COMPANY, defendant-appellant.

No. 213

JOHN F. WESSEL et al., complainants-respondents,

*v.*

GUANTANAMO SUGAR COMPANY, defendant-appellant.

[Submitted May term, 1944. Decided October 17th, 1944.]

*Messrs. Pitney, Hardin & Ward* (*Mr. Waldron M. Ward,* of counsel), for the appellant.

*Messrs. Carpenter, Gilmour & Dwyer* (*Mr. Charles B. Collins,* and *Mr. Archie S. Karp,* of the New York bar), for the respondents Ruth K. Murphy, et al.

*Messrs. Milton, McNulty & Augelli* (*Mr. Joseph Keane,* of counsel), for the respondents John F. Wessel et al.

PER CURIAM.

The final decree (February 8th, 1944) in each cause is affirmed, for the reasons stated in the opinion of Vice-Chan-

cellor Fielder, which is reported at *134 N. J. Eq. 271; 35 Atl. Rep. (2d) 215.*

We have examined the application which was made to and denied by the Vice-Chancellor for a rehearing and reargument and we, too, conclude that the application is without merit. Hence the order (February 8th, 1944) in each cause denying the application is affirmed.

We pause to observe that there is judicial sanction for the allowance of compensation for the necessary services of certified public accountants. *Cintas* v. *American Car and Foundry Co., 135 N. J. Eq. 305; 37 Atl. Rep. (2d) 205.* Cf. *Christensen* v. *Christensen, 133 N. J. Eq. 347; 32 Atl. Rep. (2d) 362.* The allowance of such a fee was, under the facts · of the *Wessel Case,* proper.

Respondents are entitled to their costs on the stated decrees and orders.

No. 212 with No. 213—

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 15.

*For reversal*—None.

No. 213 with No. 212—

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 11.

*For modification*—PARKER, CASE, HEHER, COLIE, JJ. 4.